UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN J. BUCKSHAW,

                      Petitioner,

        -against-

JOSEPH FUCITO, *et al.*,

                      Respondents.

21-CV-2585 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner filed this *habeas corpus* petition *pro se*. By order dated May 31, 2021, the Court directed Petitioner, within thirty days, to either pay the $5.00 filing fee or submit a signed application for leave to proceed *in forma pauperis* (IFP). The order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the Court denies the petition without prejudice. *See* 28 U.S.C. §§ 1914, 1915. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

      The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated:  July 26, 2021
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge